**Order entered November 23, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01421-CV

### IN RE FRANKIE L. HOGG-BEY, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-0255075-I**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before December 4, 2015.

/s/      LANA MYERS
         JUSTICE